IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**EVERRETT KELLEY**                                                                              **PLAINTIFF**

v.                                   Case No. 4:16-cv-00581-KGB

**TYRONEISHA COLLINS**, *et al.*                                                    **DEFENDANTS**

**ORDER**

The Court has received a Partial Recommended Disposition filed by United States Magistrate Judge Beth Deere (Dkt. No. 11). The parties have not filed objections. After careful review of the Partial Recommended Disposition, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects.

Plaintiff Everrett Kelley's claims against Defendant Simmons are dismissed without prejudice.

So ordered this 1st day of December, 2016.

_____
Kristine G. Baker
United States District Judge