IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**EVERRETT KELLEY**                                                                                  **PLAINTIFF**

V.                                    **CASE NO. 4:16-CV-00581 KGB/BD**

**TYRONEISHA COLLINS, et al.**                                                          **DEFENDANTS**

### RECOMMENDED DISPOSITION

**I.     Procedures for Filing Objections:**

This Recommended Disposition ("Recommendation") has been sent to Judge Kristine G. Baker.  You may file written objections to this Recommendation.  If you file objections, they must be specific and must include the factual or legal basis for your objection.  Your objections must be received in the office of the United States District Court Clerk within fourteen (14) days of this Recommendation.

If no objections are filed, Judge Baker can adopt this Recommendation without independently reviewing the record.  By not objecting, you may also waive any right to appeal questions of fact.

**II.    Discussion:**

Plaintiff Everrett Kelley filed this lawsuit without the help of a lawyer and is proceeding *in forma pauperis*.  (Docket entries #1, #3)  The Court requires Plaintiffs who are not represented by counsel to keep the Court informed as to their current address.  Local Rule 5.5.

On December 16, 2016, Mr. Kelley was given thirty days to notify the Court of his new address, after mail addressed to him was returned to Court as undeliverable. (#32) The Court specifically cautioned Mr. Kelley that his claims could be dismissed if he failed to comply with the Order to update his address. (#32) To date, Mr. Kelley has failed to comply with the Court's Order, and the time for doing so has passed.

### III. Conclusion:

The Court recommends that Mr. Kelley's claims be DISMISSED, without prejudice, based on his failure to comply with the Court's December 16, 2016 Order.

DATED this 17th day of January, 2017.

_____
UNITED STATES MAGISTRATE JUDGE