1
**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**EVERRETT KELLEY**                                                        **PLAINTIFF**

**v.**                              **Case No. 4:16-cv-00581-KGB**

**TYRONEISHA COLLINS,** *et al.*                                        **DEFENDANTS**

<u>**JUDGMENT**</u>

Consistent with the Order entered on this day, this case is dismissed without prejudice.  It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

So adjudged this 15th day of February, 2017.

_____
Kristine G. Baker
United States District Judge